DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

24 SEPTEMBER 2015

| 323A92-10 | Charles Alonzo Tunstall-Bey v. Frank W. Ballance, et al. | 1. Petitioner's *Pro Se* Petition for *Writ of Certiorari* to Review Order of the COA<br><br>2. Petitioner's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Petitioner's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as moot |
| --- | --- | --- | --- |
| 325P15 | State v. Mohammed N. Jilani | Def's *Pro Se* Petition for *Writ of Mandamus* | Dismissed **09/22/2015** |
| 375P09-4 | State v. Avenger Ridgeway | Def's *Pro Se* Motion for Petition to Toss Out Violent Habitual Law | Dismissed |
| 392PA13-2 | State v. Robert Timothy Walston, Sr. | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA12-1377-2)<br><br>2. Def's Petition for *Writ of Certiorari* to Review Order of COA | 1. Special Order<br><br>2. Denied |
| 409P05-3 | State v. Sebastian X. Moore | Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COAP14-690) | Dismissed |
| 510P04-2 | State v. Jose Luis Macias | 1. Def's *Pro Se* Motion for Petition for Writ of Error<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Denied **09/02/2015**<br><br>2. Allowed **09/02/2015**<br><br>3. Dismissed as moot **09/02/2015** |